IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

SEP 30 2024

LAURA A. AUSTIN, CLERK
BY: /s/ Deputy Clerk

Jones
District Judge
(Assigned by Clerk's Office)

Sargent
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:24-cv-00670
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Jullian A. Huffman          10820819
Plaintiff Name              Inmate No.

v.

HSA Kayla Helton: PO Box 367, Duffield, VA 24244
Defendant Name & Address

NP Crystal Large: PO Box 367, Duffield, VA 24244
Defendant Name & Address

Superintendent Rick Alsbrook  PO Box 280  Meadowview, VA 24361
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

*************************************************************************************

A. **Where are you now?** Name *and* Address of Facility:
S.W.V.R.J. - Duffield
1037 Boone Trail Road, Duffield, VA 24244

B. Where did this action take place?

the medical department here at the jail

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

✓ Yes ___ No

If your answer to A is Yes, answer the following:

1. Court: U.S. District Court

2. Case Number: ___

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes ___ No

1. If your answer is Yes, indicate the result:

Still have not got proper treatment, so nothing has happened

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

NP Crystal Large and the Southwest Virginia Regional Jail Authority are refusing to treat me for my opioid addiction.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

I've asked multiple times to be treated with Suboxone and get denied because I didn't have an active prescription.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

to order the jail and NP Crystal Large to treat my opioid addiction

G. If this case goes to trial, do you request a trial by jury?  Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 09-19-24    SIGNATURE: [signature]

VERIFICATION:
I, Jillian A. Huffman, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 09-19-24    SIGNATURE: [signature]

Updated 9/9/22

Jillian Hoop [?]
PO Box 367, Duffield VA 24244

U.S. District Cou[rt]
210 Franklin Road S[...]
Roanoke, VA 24011-2[...]

